**Order entered July 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00713-CV

**SWABACK PARTNERS, PLLC, Appellant**

**V.**

**OMP DEVELOPMENT, LLC, ET AL., Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-05103-A**

## ORDER

The Court has before it appellee Pavecon Commercial Concrete, Ltd.'s July 3, 2013 unopposed motion to extend time to file brief. The Court **GRANTS** the motion and **ORDERS** appellee Pavecon Commercial Concrete, Ltd. to file its brief by July 30, 2013.

/s/     ELIZABETH LANG-MIERS
          JUSTICE